1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   EDDIE DEAN MORGAN,                      1:09-cv-210 AWI-DLB (HC)

12           Petitioner,                     ORDER GRANTING PETITIONER'S
                                             FIRST MOTION FOR EXTENSION OF
13        vs.                                TIME TO FILE OPPOSITION TO MOTION
                                             TO DISMISS
14   MIKE MARTELS,
                                             (DOCUMENT #17)
15           Respondent.
                                             SIXTY DAY DEADLINE
16   _____/

17           Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On April 24, 2009, petitioner filed a motion to extend time to file his

19   opposition to the motion to dismiss.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Petitioner's motion for

21   extension of time is granted to and including June 7, 2009.

22

23        IT IS SO ORDERED.

24        Dated:   **April 28, 2009**          _____ **/s/ Dennis L. Beck** _____
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28